UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LAURA GULL, on behalf of herself and others similarly situated,

       Plaintiff,

-vs-               Case No. 2:09-cv-699-FtM-99SPC

NORTH CAPE PAGE, INC., doing business as Stevie Tomato's Sports Page Bar & Grill; KARATOM, LLC, doing business as Stevie Tomato's Sports Page Bar & Grill,

       Defendants.
_____

## ORDER

    This matter comes before the Court on the Defendants' Motion to Strike Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Attorneys' Fees and Costs (Doc. #30) filed on June 7, 2010. The Defendants move the Court to strike the Reply to Defendants' Response to Plaintiff's Motion for Attorneys Fees (Doc. #29). As grounds, Counsel cites to M.D. Fla. Local Rule 3.01(c) which prohibits the filing of a reply without having first sought leave from the Court. Counsel further notes that Plaintiff did not seek the requisite leave and thus, the Reply is due to be stricken. The Court agrees and will grant the relief requested.

    Accordingly, it is now

    **ORDERED:**

The Defendants' Motion to Strike Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Attorneys' Fees and Costs (Doc. #30) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___7th___ day of June, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record